# LOVELL STEWART HALEBIAN JACOBSON LLP

61 Broadway, Suite 501
New York, New York 10006
www.lshllp.com

Telephone
212.608.1900

Facsimile
212.719.4775





March 3, 2011

**By Facsimile**

Honorable Robert P. Patterson, Jr.
United States District Court,
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/11

    Re:   *In re Commodity Exchange, Inc. Silver Futures and Options Trading Litigation*, No. 11-md-2213

Dear Judge Patterson:

    As an attorney for Plaintiffs, I am writing pursuant to Case Management Order ("CMO") Number 2 to request that the Court empower Interim Plaintiffs' Lead Counsel ("interim lead counsel") to assign to each Plaintiff's counsel the tasks of working with their clients who are the named plaintiffs in these actions to obtain in an efficient manner all the information desired by interim lead counsel.

    Reading paragraphs 1 and 5 of CMO Number 2 in *pari materia*, it appears that this power is granted to interim lead counsel. However, for the avoidance of doubt, I am specifically requesting that the Court "so order" this letter to empower my firm to delegate such tasks to one Plaintiff's counsel for each Plaintiff.

    Thank you very much

Respectfully submitted,

Christopher Lovell

Application granted
So ordered
Robert P. Patterson
USDJ
3/4/11

cc:    Counsel of Record (by electronic mail)