UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x
In Re: Commodity Exchange, Inc., Silver Futures and      :
Options Trading Litigation                               :      11-md-02213-RPP
_____x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned, of the law firm Garwin Gerstein & Fisher LLP, hereby enters an appearance as counsel of record for Plaintiff LJG Asset Management, Inc..

Dated:     March 9, 2011                          Respectfully Submitted,

                                                  /s/ Scott W. Fisher
                                                  Scott W. Fisher

                                                  Garwin Gerstein & Fisher LLP
                                                  1501 Broadway
                                                  Suite 1416
                                                  New York, NY 10036
                                                  (212) 398-0055
                                                  sfisher@garwingerstein.com

                                                  *Attorneys for Plaintiff LJG Asset Management, Inc.*

## CERTIFICATE OF SERVICE

Dan Litvin hereby certifies that a copy of the foregoing:

NOTICE OF APPEARANCE OF SCOTT W. FISHER was filed through the ECF system, which will send copies electronically to all counsel on the Court's electronic filing system for this action.

Dated: March 9, 2011

                                                          Respectfully submitted,

                                                          /s/ Dan Litvin
                                                          Dan Litvin

                                                          Garwin Gerstein & Fisher LLP
                                                          1501 Broadway
                                                          Suite 1416
                                                          New York, NY 10036
                                                          (212) 398-0055
                                                          dlitvin@garwingerstein.com

                                                          *Attorneys for Plaintiff LJG Asset Management, Inc.*