JUDGE PATTERSON

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: COMMODITY EXCHANGE, INC.,
SILVER FUTURES AND OPTIONS TRADING
LITIGATION                                                      MDL No. 2213

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-2)

On February 8, 2011, the Panel transferred 1 civil action(s) to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2011). Since that time, 8 additional action(s) have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Robert P Patterson, Jr.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Patterson.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of New York for the reasons stated in the order of February 8, 2011, and, with the consent of that court, assigned to the Honorable Robert P Patterson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Mar 09, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK
BY _____
    Deputy Clerk

IN RE: COMMODITY EXCHANGE, INC.,
SILVER FUTURES AND OPTIONS TRADING
LITIGATION                                                                          MDL No. 2213

## SCHEDULE CTO-2 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

NEW YORK EASTERN

| NYE | 1 | 11-00398 | Broadway v. JP Morgan Chase &Co. et al |