UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: COMMODITY EXCHANGE, INC., : 11 MD 2213 (RPP)

SILVER FUTURES AND OPTIONS : **MOTION TO ADMIT WILLIAM**
TRADING LITIGATION : **P. BUTTERFIELD AS COUNSEL**
*PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Steig D. Olson a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

WILLIAM P. BUTTERFIELD
Hausfeld LLP
1700 K Street, NW
Suite 650
Washington, DC 20006
(202)540-7200
(202)540-7201

William P. Butterfield is a member in good standing of the bar of the District of Columbia. A Certificate of Good Standing is annexed hereto.

There are no pending disciplinary proceedings against William P. Butterfield in any State or Federal court.

Dated: March 18, 2011

Respectfully submitted,

Steig D. Olson
SDNY Bar No. SO-0414
HAUSFELD LLP
11 Broadway, Suite 615
New York, NY 10004
Telephone: (212) 830-9850
Facsimile: (212) 480-8560
*Counsel for Plaintiffs AIS Capital Management, LLC and AIS Futures Management, LLC and the Proposed Class*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re: COMMODITY EXCHANGE, INC., : 11 MD 2213 (RPP)
SILVER FUTURES AND OPTIONS :
TRADING LITIGATION :

---

THIS DOCUMENT RELATES TO: : **AFFIDAVIT OF STEIG D. OLSON**
ALL ACTIONS : **IN SUPPORT OF MOTION**
: **TO ADMIT COUNSEL**
: ***PRO HAC VICE***

---

I, STEIG D. OLSON, being duly sworn, hereby deposes and says as follows:

1. I am a Partner with the law firm of Hausfeld LLP, counsel for Plaintiffs AIS Capital Management, LLC and AIS Futures Management, LLC and the Proposed Class in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit William P. Butterfield as counsel *pro hac vice* to represent the Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on January 4, 2007. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known William P. Butterfield since 2008.

4. William P. Butterfield is a Partner with the law firm of Hausfeld LLP, in Washington, D.C.

5. I have found William P. Butterfield to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of William P. Butterfield, pro hac vice.

7. I respectfully submit a proposed order granting the admission of William P. Butterfield, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit William P. Butterfield, pro hac vice, to represent the Plaintiffs and the Proposed Class in the above captioned matter, be granted.

Dated: March 15, 2011                    Respectfully submitted,

                                         _____
                                         Steig D. Olson
                                         SDNY Bar No. SO-0414
                                         HAUSFELD LLP
                                         11 Broadway, Suite 615
                                         New York, NY 10004
                                         Telephone: (212) 830-9850
                                         Facsimile: (212) 480-8560

                                         *Counsel for Plaintiff and the Proposed Class*

Sworn to and subscribed to before me this
16 day of March, 2011.

_____
Notary Public

JENNY GORIS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01GO6179257
Qualified in New York County
My Commission Expires December 24, 2011



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

WILLIAM P. BUTTERFIELD

was on the 29TH day of SEPTEMBER, 1989 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 14, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re: COMMODITY EXCHANGE, INC.,        :   11 MD 2213 (RPP)

SILVER FUTURES AND OPTIONS              :   **[PROPOSED] ORDER FOR ADMISSION**
TRADING LITIGATION                      :   **OF WILLIAM P. BUTTERFIELD AS**
                                            **COUNSEL *PRO HAC VICE***
                                        :

---

Upon the motion of Steig D. Olson, attorney for the Plaintiffs AIS Capital Management, LLC and AIS Futures Management, LLC and the Proposed Class, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that:

WILLIAM P. BUTTERFIELD
Hausfeld LLP
1700 K Street, NW
Suite 650
Washington, DC 20006
(202)540-7200
(202)540-7201
wbutterfield@hausfeldllp.com

is admitted to practice *pro hac vice* as counsel for Plaintiffs and Proposed Class in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____                  _____
                                        THE HONORABLE ROBERT P. PATTERSON
                                        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: COMMODITY EXCHANGE, INC., | 11 MD 2213 (RPP) |
| SILVER FUTURES AND OPTIONS TRADING LITIGATION | **PROOF OF SERVICE** |

I, Ralph J. Bunche, hereby declare:

1. I am over the age of 18 and not a party to this case. I am employed by Hausfeld LLP in the District of Columbia. My business address is 1700 K Street, N.W., Suite 650, Washington, D.C. 20006.

2. On the date indicated below, I served a true and correct copy of the attached document entitled:

   **Motion to Admit William P. Butterfield as Counsel *Pro Hac Vice***

   in a sealed envelope, by pre-paid United States mail and/or by electronic mail, on this same day, following ordinary business practices on the following counsel of record:

   **Bernard Persky**
   **Hollis L. Salzman**
   **Kellie Lerner**
   **William V. Reiss**
   Labaton Sucharow, LLP
   140 Broadway
   New York, NY 10005
   klerner@labaton.com
   bpersky@lapaton.com
   wreiss@labaton.com
   hsalzman@labaton.com

   **Ivy A. Tabbara**
   **Sean R. Matt**
   **Steve W. Berman**
   Hagens Berman Sobol Shapiro LLP
   1918 8th, Avenue
   Suite 3300
   Seattle, WA 98101

steve@hbsslaw.com

**Steven R. Goldberg**
Steven R. Goldberg
One North End Avenue, Suite 1107
New York, NY 10282
sgoldberglaw@verizon.net

**Benjamin Martin Jaccarino**
**Christopher Lovell**
**Christopher M. McGrath**
**Ian T. Stoll**
Lovell Stewart Halebian Jacobson LLP
61 Broadway
Suite 501
New York, NY 10006
bjaccarino@lshllp.com
clovell@lshllp.com
cmcgrath@lshllp.com

**David E Kovel**
**Roger W. Kirby**
Kirby McInerney LLP
825 Third Avenue
16th Floor
New York, NY 10022
roger.w.kirby@gmail.com
dkovel@kmllp.com

**Geoffrey Milbank Horn**
**Vincent Briganti**
Lowey Dannenberg Cohen & Hart, P.C.
White Plains Plaza
One North Broadway
Suite 509
White Plains, NY 10601
vbriganti@lowey.com
ghorn@lowey.com

**Christopher J. Gray**
Law Office of Christopher J. Gray, P.C
460 Park Avenue 21st Floor
New York, NY 10022
gray@cjgraylaw.com

**Leslie Scot Wybiral**
**Louis F. Burke**
Louis F. Burke PC

460 Park Avenue
New York, NY 10022
lburke@lfblaw.com
lwybiral@lfblaw.com

**Gregory Keith Arenson**
**Jason A. Zweig**
**Robert N. Kaplan**
Kaplan Fox & Kilsheimer LLP
850 Third Avenue
14th Floor
New York, NY 10022
garenson@kaplanfox.com
rkaplan@kaplanfox.com
jzweig@kaplanfox.com

**Marc Edelson**
Edelman & Edelman, P.C.
61 Broadway
New York, NY 10006
medelson@edelson-law.com

**Marc Howard Edelson**
Hoffman & Edelson, L.L.C.
45 West Court Street
Doylestown, PA 18901

**Bonny E. Sweeney**
**Carmen A. Medici**
**David W. Mitchell**
**Robert M. Rothman**
**Samuel H. Rudman**
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
cmedici@rgrdlaw.com
davidm@csgrr.com
rrothman@rgrdlaw.com
srudman@rgrdlaw.com
bonnys@rgrdlaw.com

**Jay W. Eisenhofer**
**John D. Radice**
**Linda P. Nussbaum**
**Susan R. Schwaiger**
Grant & Eisenhofer P.A.
485 Lexington Avenue

29th Floor
New York, NY 10017
jeisenhofer@gelaw.com
lnussbaum@gelaw.com

**Joseph Peter Guglielmo**
Scott Scott, L.L.P.
500 Fifth Avenue
40th Floor
New York, NY 10110
jguglielmo@scott-scott.com

**Anthony F. Fata**
**Jennifer W. Sprengel**
Cafferty Faucher LLP
30 North LaSalle Street
Suite 3200
Chicago, IL 60602

**Jonathan K. Levine**
Girard Gibbs LLP
601 California Street, Suite 1400
San Francisco, CA 94108

**Michael Morris Buchman**
**Adam G. Kurtz**
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, NY 10017

**David Stuart Copeland**
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

**Robert B. Bernstein**
Vandenberg & Feliu LLP
60 East 42d St, 51st Floor
New York, NY 10165

**Jeffrey Alan Klafter**
Klafter, Olsen & Lesser, LLP
Two International Drive
Ste 350
Rye Brook, NY 10573

**Reginald Von Terrell**
The Terrell Law Group

Post Office Box 13315, PMB #148
Oakland, CA 94661

**Anthony J. Bolognese**
Bolognese & Associates, L.L.C.
1617 JFK Boulevard
Philadelphia, PA 19103

**Craig Gordon Harley**
**Gregory Edward Keller**
**James Milligan Wilson , Jr.**
**Ze'eva Kushner Banks**
Chitwood Harley Harnes, LLP
1230 Peachtree St Ne
Suite 2300
Atlanta, GA 30309

**Ira Neil Richards**
**Jennifer Agnew**
Trujillo Rodriguez & Richards, LLC
The Penthouse, 226 W. Rittenhouse Square
Philadelphia, PA 19103

**Donald Amamgbo**
Amamgbo & Associates
6167 Bristol Parkway, #325
Culver City, CA 90230

**Sydney Jay Hall**
Attorney at Law
1308 Bayshore Hwy.,
Suite 220
Burlingame, CA 94010

**Tesfaye Wolde Tsadik**
Law Offices of Tesfaye Tsadik
1736 Franklin Street
10th Floor
Oakland, CA 94612

**Adam J. Levitt**
**Fred T. Isquith , Sr.**
**Mary Jane Fait**
Wolf Haldenstein Adler Freeman & Herz LLP
55 West Monroe Street
Suite 1111
Chicago, IL 60603

706 Sansome Street
San Francisco, CA 94111

**Cornelia Ho-Chin Dai**
**Randall R Renick**
Hadsell Stormer Keeny Richardson and Renick LLP
128 North Fair Oaks Avenue
Pasadena, CA 91103

**Steven J Serratore**
Serratore Law Offices
128 North Fair Oaks Avenue
Pasadena, CA 91103

**Jennifer Winter Sprengel**
Miller, Faucher and Cafferty, L.L.P.
30 North La Salle Street
Chicago, IL 60602

**Samuel Jay Lieberman**
Sadis & Goldberg
551 Fifth Avenue
21st Floor
New York, NY 10176

**Peggy J. Wedgworth**
**Peter George Safirstein**
Milberg LLP
One Pennsylvania Plaza
New York, NY 10119

**Matthew R. Salzwedel**
**Richard A. Lockridge**
**W. Joseph Bruckner**
Lockridge, Grindal, Nauen
100 Washington Avenue, South
Minneapolis, MN 55401

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of March, 2011, in Washington, D.C.

Dated: March 18, 2011

RALPH J. BUNCHE