AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

In re Commodity Exchange, Inc., Silver Futures and Options Trading Litigation

Case Number: 1:11-md-02213-RPP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

John L. Broadway, III

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/8/2011 | Richard D. Schwartz *(Digitally signed by Richard D. Schwartz, DN: cn=Richard D. Schwartz, o=Faruqi Faruqi, LLP, ou, email=rschwartz@faruqilaw.com, c=US Date: 2011.06.08 13:38:48 -04'00')* |
| Date | Signature |
| | Richard D. Schwartz — 4308706 |
| | Print Name — Bar Number |
| | 101 Greenwood Avenue, Suite 600 |
| | Address |
| | Jenkintown — PA — 19046 |
| | City — State — Zip Code |
| | (215) 277-5770 — (215) 277-5771 |
| | Phone Number — Fax Number |