# LOCKRIDGE GRINDAL NAUEN
### P.L.L.P.
Attorneys at Law

www.locklaw.com

**MEMO ENDORSED**

MINNEAPOLIS
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179
T 612.339.6900
F 612.339.0981

WASHINGTON, D.C.
Suite 210
415 Second Street, N.E.
Washington, DC 20002-4900
T 202.544.9840
F 202.544.9850

**W. Joseph Bruckner**
Phone: 612-339-6900
wjbruckner@locklaw.com
REPLY TO MINNEAPOLIS

January 23, 2013

**VIA FEDERAL EXPRESS**

Honorable Robert P. Patterson, Jr.
U.S. District Judge
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/13

RECEIVED
JAN 2 _ 2013
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

Re: In re: Commodities Exchange, Inc., Silver Futures and Options Trading Litigation, SD NY Case No. 1:11-md-2213-RPP; and
Rebecca A. Hougher v. JP Morgan Chase, et al., SD NY Case No. 1:10-cv-8578-RPP

Dear Judge Patterson:

Enclosed are copies of the Notices of Withdrawal of Matthew R. Salzwedel from the above two cases which were filed on November 13, 2012.

As these Notices state, Mr. Salzwedel is no longer with the firm of Lockridge Grindal Nauen P.L.L.P. and is no longer involved in these two cases. The parties in these cases continue to be represented by other attorneys in our firm.

We respectfully request that the Court please instruct the ECF Clerk to remove Mr. Salzwedel as an attorney of record from the ECF roster by endorsement of this letter.

Thank you for the Court's attention to this matter. Please contact me if you have any questions.

Sincerely,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

W. Joseph Bruckner

Enclosures
c: All Counsel of Record

465920.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: COMMODITY EXCHANGE, INC., <br><br> SILVER FUTURES AND OPTIONS TRADING LITIGATION | 1:11-md-02213-RPP <br><br> NOTICE OF WITHDRAWAL OF MATTHEW R. SALZWEDEL |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that Matthew R. Salzwedel is no longer associated with the law firm of Lockridge Grindal Nauen P.L.L.P., and is hereby withdrawn as counsel for Plaintiff Rebecca A. Hougher in the above-captioned matter.

Plaintiff Rebecca A. Hougher will continue to be represented by other attorneys at Lockridge Grindal Nauen P.L.L.P. who have entered their appearance in this case.

Date: November 13, 2012              LOCKRIDGE GRINDAL NAUEN P.L.L.P.

                                     By: /s/ W. Joseph Bruckner
                                         W. Joseph Bruckner
                                     100 Washington Avenue South, Suite 2200
                                     Minneapolis, MN 55401
                                     Telephone: (612) 339-6900
                                     Fax: (612) 339-0981
                                     Email: wjbruckner@locklaw.com

                                     *Attorney for Plaintiff Rebecca A. Hougher*

463686.1

## CERTIFICATE OF SERVICE

I, W. Joseph Bruckner, hereby certify that on November 13, 2012, I caused the foregoing Notice of Withdrawal of Matthew R. Salzwedel to be electronically filed with the Clerk of the Court via the Court's CM/ECF system, which will serve e-mail notification of said filing to all counsel of record.

Date:  November 13, 2012                LOCKRIDGE GRINDAL NAUEN P.L.L.P.

                                        By:/s/ W. Joseph Bruckner
                                        W. Joseph Bruckner
                                        100 Washington Avenue South, Suite 2200
                                        Minneapolis, MN  55401
                                        Telephone: (612) 339-6900
                                        Fax: (612) 339-0981
                                        Email: wjbruckner@locklaw.com

                                        *Attorney for Plaintiff Rebecca A. Hougher*