USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE COMMODITY EXCHANGE, INC.
SIVER FUTURES AND
OPTIONS TRADING LITIGATION

1:11-MD-02213-RPP

**[PROPOSED] ORDER SUBSTITUTING MEMBER OF INTERIM PLAINTIFFS' STEERING COMMITTEE**

Upon consent of Labaton Sucharow LLP, Interim Plaintiffs' Lead Counsel, and all the members of Interim Plaintiffs' Steering Committee:

Case Management Order No. 2 dated March 2, 2011 (Dkt. No. 44) is amended to substitute Robins, Kaplan, Miller & Ciresi L.L.P. for Labaton Sucharwow LLP as a member of Interim Plaintiffs' Steering Committee.

Dated: February 17, 2013

SO ORDERED:

_____
Robert P. Patterson, Jr.
UNITED STATES DISTRICT JUDGE