UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE COMMODITY EXCHANGE, INC. SILVER FUTURES AND OPTIONS TRADING LITIGATION | 1:11-md-02213-RPP |

ALAN J. ANTIN, BLACKBRIAR HOLDINGS, LLC, CLAL FINANCE MUTUAL FUND MANAGEMENT, LTD., STEVEN B. CRYSTAL, STEVEN B. CRYSTAL TRUSTEE FOR THE ESTATE OF NORMAN S. CRYSTAL, CRYSTAL INVESTMENT PARTNERS LLC, CHRISTOPHER DEPAOLI, PAUL FELDMAN, GAMMA TRADERS I, LLC, REBECCA A. HOUGHER, DR. ROBERT HURT, PAUL D. KAPLAN, GORDON KOST, TERESA KUHN, SHAWN KUO, CARL F. LOEB, KEVIN J. MAHER, ERIC NALVEN, J. SCOTT NICHOLSON, ROBERT NEPO, MARLENE STULBACH, KEITH WAGNER, WAYNE W. WILLETZ, AND VINCENT YACAVINO, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

JP MORGAN CHASE & CO., J.P MORGAN CLEARING CORP., J.P. MORGAN  SECURITIES INC., J.P. MORGAN FUTURES INC., JOHN DOE DEFENDANTS 1-10, AND JOHN DOE DEFENDANTS 11-20,

Defendants.

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that pursuant to Fed. R. App. P. 4(a)(1)(A), Plaintiffs Alan J.

Antin, Blackbriar Holdings, LLC, CLAL Finance Mutual Fund Management, Ltd., Steven B.

Crystal, Steven B. Crystal Trustee for the Estate of Norman S. Crystal, Crystal Investment

Partners LLC, Christopher DePaoli, Paul Feldman, Gamma Traders I, LLC, Rebecca A.

Hougher, Dr. Robert Hurt, Paul D. Kaplan, Gordon Kost, Teresa Kuhn, Shawn Kuo, Carl F.

Loeb, Kevin J. Maher, Eric Nalven, J. Scott Nicholson, Robert Nepo, Marlene Stulbach, Keith

1

Wagner, Wayne W. Willetz, and Vincent Yacavino, on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from the Civil Judgment entered on the docket on March 25, 2013, ECF No. 147, denying Plaintiffs' Motion to File an Amended Consolidated Class Action Complaint and dismissing Plaintiffs' Consolidated Class Action Complaint, and the Opinion and Order dated March 15, 2013, which was the basis thereof, ECF No. 146, entered on the docket on March 18, 2013 and modified on March 19, 2013; and the Opinion and Order dated December 21, 2012, which was also the basis thereof, ECF No. 127, filed on December 21, 2012 and modified on December 21, 2012,  December 27, 2012 and January 2, 2013.

Dated:  New York, New York
          April 16, 2013

                              **LOVELL STEWART HALEBIAN JACOBSON LLP**

                              By:  */s/ Christopher Lovell*
                              Christopher Lovell
                              Ian T. Stoll
                              61 Broadway, Suite 501
                              New York, New York 10006
                              (212) 608-1900
                              (212) 719-4677 (fax)

                              *Interim Lead Class Counsel*

                              **ROBINS, KAPLAN, MILLER & CIRESI L.L.P**
                              Bernard Persky
                              Hollis Salzman
                              Kellie Lerner
                              William V. Reiss
                              601 Lexington Avenue, Suite 3400
                              New York, New York 10022
                              (212) 980-7400
                              (212) 980-7499 (fax)

                              *Member, Interim Plaintiffs' Steering Committee*

**LOWEY DANNENBERG COHEN & HART, P.C.**
Geoffrey Horn
Vincent Briganti
One North Broadway
White Plains Plaza, 5th Floor
New York, New York 10601
(914) 997-0500

*Member, Interim Plaintiffs' Steering Committee*

**HAUSFELD LLP**
William Butterfield
Ralph Bunche
1700 K Street N.W., Suite 650
Washington, D.C. 20006
(202) 540-7200

*Member, Interim Plaintiffs' Steering Committee*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
J. Douglas Richards
Michael Eisenkraft
88 Pine Street, 14th Floor
New York, New York 10005
(212) 838-7797

*Member, Interim Plaintiffs' Steering Committee*

**KIRBY McINERNEY LLP**
David Kovel
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 317-2300

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 8th Avenue, Suite 3300
Seattle, WA 98101
(206) 623-7292

Michael M. Buchman
**POMERANTZ HAUDEK GROSSMAN & GROSS LLP**
100 Park Avenue, 26th Floor
New York, NY 10017
(212) 661-1100

Robert Kaplan
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
(212) 687-1980

Samuel J. Lieberman
**SADIS & GOLDBERG LLP**
551 Fifth Avenue, 21st Floor
New York, NY 10176
(212) 573-8164

Linda Nussbaum
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY 10017
(646) 722-8500

W. Joseph Bruckner
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis MN  55401
(612) 339-6900

Robert S. Schachter
Stephen L. Brodsky
**ZWERLING, SCHACHTER & ZWERLING, LLP**
41 Madison Avenue
New York, NY  10010
(800) 721-3900

Jeffrey A. Klafter
**KLAFTER, OLSEN & LESSER, LLP**
Two International Drive, Ste. 350
Rye Brook, New York 10573
(914) 934-9220

Louis F. Burke
**Louis F. Burke P.C.**
460 Park Avenue, 21st Floor
New York, New York 10022

Bruce L. Simon
George S. Trevor

4

**PEARSON SIMON WARSHAW PENNY, LLP**
44 Montgomery St., Suite 2450
San Francisco, California 94104
(415) 433-9000

Peggy J. Wedgworth
**MILBERG LLP**
One Pennsylvania Plaza, 49th Floor
New York, New York 10119

Jeffrey Squire
**BRAGAR WEXLER EAGEL & SQUIRE**
885 Third Avenue, Ste. 3040
New York, New York 10022

*Additional Plaintiffs' Counsel*

To:     All registered CM/ECF users who have entered appearances herein